Dear Clerk, please provide this letter to the Judge.

In re**: USA v. Benjamin Dozier Case No. 3:24-cr-116(MPS)**

AUG 26 2024 PM 2:50
FILED-USDC-CT-HARTFORD

Dear Judge,

    I wanted to write to you concerning my Bond situation and request the courts assistance. My counsel put in a bond request and probation went to my perspective residence, but denied the Residence, without ever giving a reason to my family or my attorney. I believe it is likely because there is a person at the residence who lawfully has firearms, which she is willing to store at the police department or wherever necessary to allow me to reside there. However before I have her do that I wanted to confirm with probation that the firearms are the only issue with the residence. If this is the case, it is an easy remedy. I did have a subsequent interview with the pre-trial services officer but before I could address the denial, our connection was cut off.

    I am not complaining about my counsel, he has been trying his best on my case, but we are having an issue effectively communicating with regards to this issue. I am asking for the courts assistance to;

1. **Determine if the presence of firearms was the only issue with the residence**
2. **If that is the only issue allow the firearms to be turned into law enforcement**
3. **If necessary after the firearms are properly removed ask pre-trial services to re-inspect the property if necessary and approve it.**

I would greatly appreciate the courts assistance with this matter.

Respectfully

Benjamin Dozier

August 22, 2024