# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BENJAMIN DOZIER | No. 3:24cr116(MPS) |

## ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS

Having reviewed the transcript of the change-of-plea proceedings, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made, and that there is a factual basis for the plea. I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted. Accordingly, a finding of guilty shall enter forthwith.

IT IS SO ORDERED.

_____/s/_____
Michael P. Shea, U.S.D.J.

Dated:   Hartford, Connecticut
         January 20, 2026